IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19cr170 DPJ

PEDRO SILVESTRE-PEREZ                18 U.S.C. § 911
a/k/a Daniel Escamilla, Jr.          18 U.S.C. § 1546(a)
                                     42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

COUNT 1

On or about October 20, 2016, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PEDRO SILVESTRE-PEREZ a/k/a Daniel Escamilla, Jr.**, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

COUNT 2

On or about October 20, 2016, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PEDRO SILVESTRE-PEREZ a/k/a Daniel Escamilla, Jr.**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, utter, use and attempt to use a document prescribed by statute and regulation for evidence of authorized stay or employment in the United States, that is a Social Security Card, which card the defendant knew to be forged, counterfeited, altered, falsely made, and unlawfully obtained in violation of Title 18, United States Code, Sections 1546(a) and 2.

COUNT 3

On or about October 20, 2016, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PEDRO SILVESTRE-PEREZ a/k/a Daniel Escamilla, Jr.**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social

Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him in violation of Title 42, United States Code, Section 408(a)(7)(B).

                                                D. MICHAEL HURST, JR.
                                                United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 20th day of August, 2019.

                                                UNITED STATES MAGISTRATE JUDGE